1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Justin R. Cochran, Esq.
   Nevada Bar No. 11939
3  Tegan C. Machnich, Esq.
   Nevada Bar No. 11642
4  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
5  Las Vegas, NV 89169
   Telephone (702) 784-5200
6  Facsimile (702) 784-5252
   E Mail: calexander@swlaw.com
7          jcochran@swlaw.com

8  *Attorneys for Defendant WELLS FARGO BANK, N.A.,
   also named as Wachovia Mortgage, FSB and World Savings
9  Bank, FSB*

            IN THE UNITED STATES DISTRICT COURT

                    DISTRICT OF NEVADA

| RAFAEL GAMBOA and LINDA GAMBOA | Case 3:10-cv-00454-ECR-VPC |
|---|---|
| Plaintiffs, | |
| vs. | **NOTICE OF WITHDRAWAL OF ATTORNEY** |
| WORLD SAVINGS BANK, FSB, WACHOVIA MORTGAGE, FSB, WELLS FARGO BANK, N.A., and DOES 1-10, | |
| Defendants. | |

TO:   ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL

NOTICE IS HEREBY GIVEN that TEGAN MACHNICH, ESQ. of the law firm, SNELL & WILMER L.L.P., hereby withdraws as counsel of record for Defendant WELLS FARGO BANK, N.A., also named as WACHOVIA MORTGAGE, FSB and WORLD SAVINGS BANK,

///

///

///

12416491

FSB ("Defendant"). CYNTHIA L. ALEXANDER, ESQ. and JUSTIN R. COCHRAN, ESQ., of the law firm, SNELL & WILMER L.L.P. will remain as counsel of record for said Defendant.

DATED: January 10, 2011.

SNELL & WILMER L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Justin R. Cochran, Esq.
Nevada Bar No. 11939
Tegan C. Machnich, Esq.
Nevada Bar No. 11642
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant WELLS FARGO BANK, N.A., also named as Wachovia Mortgage, FSB and World Savings Bank, FSB*

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: January 11, 2011

12416491

- 2 -

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF ATTORNEY by the method indicated:

| | |
|---|---|
| __X__ | U.S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |

and addressed to the following:

C. Nicholas Pereos, Esq.
1610 Meadow Wood Lane, Suite 202
Reno, NV 89502
*Attorney for Plaintiffs*

DATED this _10th_ day of January, 2011.

_____
An Employee of Snell & Wilmer LLP

12416491

- 3 -