1  Cynthia L. Alexander, Esq.
   Nevada Bar No. 6718
2  Justin R. Cochran, Esq.
   Nevada Bar No. 11939
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV  89169
   Telephone (702) 784-5200
5  Facsimile  (702) 784-5252
   E Mail: calexander@swlaw.com
6            jcochran@swlaw.com

7  *Attorneys for Defendant WELLS FARGO BANK, N.A.,*
   *also named as Wachovia Mortgage, FSB and World Savings*
8  *Bank, FSB*

9                    IN THE UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11 RAFAEL GAMBOA and                    Case 3:10-cv-00454-ECR-VPC
   LINDA GAMBOA
12                                      ORDER GRANTING STIPULATION
              Plaintiffs,               TO DISMISS ACTION WITH
13                                      PREJUDICE
   vs.
14
15 WORLD SAVINGS BANK, FSB,
   WACHOVIA MORTGAGE, FSB, WELLS
16 FARGO BANK, N.A., and DOES 1-10,

17            Defendants.
18

19        IT IS HEREBY STIPULATED by and between Plaintiffs Rafael Gamboa and Linda

20 Gamboa ("Plaintiffs"), through counsel, C. Nicholas Pereos, Esq. and Defendants, Wells Fargo

21 Bank, N.A., also named as Wachovia Mortgage, FSB and World Savings Bank, FSB ("Wells

22 Fargo"), through their counsel, the law firm of Snell & Wilmer L.L.P., that:

23        Plaintiffs and Wells Fargo hereby stipulate to dismiss Plaintiffs' Complaint, in full, with

24 prejudice, with each party to bear its own costs and attorneys' fees.

25 / / /

26 / / /

27 / / /

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

12659078.1

The parties further stipulate that all pending deadlines and hearings shall be vacated.

Dated this 28th day of April, 2011.

C. NICHOLAS PEREOS, ESQ.

By: _/s/  C. Nicholas Pereos_____
    C. Nicholas Pereos, Esq.
    1610 Meadow Wood Lane, Suite 202
    Reno, NV 89502
    *Attorneys for Plaintiff*

Dated this 28th day of April, 2011.

SNELL & WILMER L.L.P.

By: _/s/ Justin R. Cochran_____
    Cynthia L. Alexander, Esq.
    Justin R. Cochran, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
    *Attorneys for Defendant WELLS FARGO BANK, N.A., also named as Wachovia Mortgage, FSB and World Savings Bank, FSB*

## <u>ORDER</u>

IT IS SO ORDERED.

1.    Plaintiffs Rafael Gamboa and Linda Gamboa's Complaint is dismissed in full, with prejudice, each party to bear its own costs and attorney's fees; and,

2.    All pending deadlines and hearings shall be vacated.

Dated this _2nd__ day of __May_____, 2011

*Edward C. Reed.*

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: _ /s/ Justin R. Cochran _____
    Cynthia L. Alexander, Esq.
    Justin R. Cochran, Esq.
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169

    *Attorneys for Defendant WELLS FARGO BANK, N.A., also named as Wachovia Mortgage, FSB and World Savings Bank, FSB*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

12659078.1

- 2 -