UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA GAMBOA, )<br> )<br> Plaintiff, )<br> )<br>v. )<br> )<br>WORLD SAVINGS BANK, FSB; et al., )<br> )<br> Defendants. ) | 3:10-CV-0454-LRH-WGC<br><br>ORDER |

Before the court is plaintiff Linda Gamboa's ("Gamboa") motion to re-open the case. Doc. #43.[1]

In 2010, Gamboa filed a complaint against defendants for wrongful foreclosure. Doc. #1, Exhibit A. In February 2011, the parties entered into a settlement of Gamboa's claims. *See* Doc. #35. As a result of the settlement, this action was dismissed. Doc. #42. Thereafter, Gamboa filed the present motion to re-open this action. Doc. #43.

The court has reviewed the documents and pleadings on file in this matter and finds that good cause exists to re-open this action. In her motion, Gamboa argues that defendants have engaged in conduct contrary to the terms of the recorded settlement. The court finds that the present action is the appropriate action to address enforcement of the settlement. Accordingly, the court shall re-open this action.

---

[1] Refers to the court's docket number.

1   As the court anticipates a subsequently filed motion to enforce the terms of the recorded
2   settlement, the court shall refer Gamboa's contemporaneously filed motion to unseal the settlement
3   transcript to the magistrate judge for a determination of the appropriateness of the request.

5   IT IS THEREFORE ORDERED that plaintiff's motion to re-open case (Doc. #43) is
6   GRANTED. The clerk of court shall re-open this action 3:10-cv-0454-LRH-WGC.
7   IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Robert A.
8   McQuaid, Jr. for determination of the ex parte motion to unseal the settlement documents (#46).
9   IT IS FURTHER ORDERED that this matter is referred to Magistrate Judge Robert A.
10  McQuaid, Jr., for a report and recommendation regarding any subsequent motion for enforcement
11  of the settlement.
12  IT IS SO ORDERED.
13  DATED this 14th day of August, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE