# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAFAEL GAMBOA and LINDA GAMBOA,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, FSB, et al.,<br><br>Defendants. | 3:10-cv-00454-LRH-WGC<br><br>**ORDER GRANTING PLAINTIFF's<br>EX PARTE EMERGENCY MOTION<br>TO UNSEAL TRANSCRIPT**<br>**Doc. # 46** |

From this court's review of the case docket and other pleadings and papers on file in this case, the court is satisfied that a settlement was placed on the record as of February 16, 2011, the terms of which had previously been ordered as sealed (See case Docket Entry #35 of February 16, 2011). At this time, the Court does not take any position on whether such settlement agreement as may be described therein is, or is not, enforceable.

However, for good cause having been shown by Plaintiff"s Emergency Ex Parte Motion, the court hereby enters its Order that:

1. All record of said February 16, 2021 hearing (including any audio recording and/or court reporter's transcript) are hereby ordered as **NOT SEALED**; and

2. The Clerk of this Court is hereby ordered to forthwith make said recordings and transcripts of the February 16, 2011 hearing (and such other records as may exist) available to Plaintiff for such use as she may be able to make of them in this or any other court.

IT IS SO ORDERED.

DATED this 26th day of August, 2014.

_____
ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE