UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

RAFAEL GAMBOA and LINDA GAMBOA, )
) Case no. 3:10-cv-00454-LRH-(WGC)
         Plaintiffs, )
) <u>ORDER</u>
vs. )
)
WORLD SAVINGS BANK, FSB, )
WACHOVIA MORTGAGE, FSB, WELLS )
FARGO BANK, N.A. and DOES 1-10, )
)
         Defendants. )
)

     On March 5, 2015, Plaintiffs' counsel, Scott Tisevich, filed a Suggestion of Death (#57[1]) in this matter regarding plaintiff Linda Gamboa (plaintiff Rafael Gamboa passed away in 2011). To date, no person has filed a motion for substitution.

     Pursuant to Federal Rule of Civil Procedure 25(a)(1), this court shall dismiss this action.

     IT IS HEREBY ORDERED that this action is DISMISSED.

     IT IS SO ORDERED.

     DATED this 13th day of June, 2015.

                                                                              _____
                                                                              LARRY R. HICKS
                                                                              UNITED STATES DISTRICT JUDGE

---

[1] Refers to the court's docketing number.